# United States District Court

Southern **DISTRICT OF** California

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)
Express Mail EE452077553GB addressed to Internet Innovation, 1132 E Plaza Blvd #203 #223, National City 91950 UNITED STATES OF AMERICA

**SEARCH WARRANT**

CASE NUMBER:

'08 MJ 0137


FILED 08 JAN 18 PM 12:07 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY: DEPUTY

TO: P. G. Garn, Postal Inspector     and any Authorized Officer of the United States

Affidavit(s) having been made before me by P. G. Garn                who has reason to
                                          Affiant
believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)
The above described Mail article, which is in the custody of the San Diego Narcotics Task Force

in the Southern                District of California                there is now concealed a certain person or property, namely (describe the person or property)
Controlled substances, materials, and documents reflecting the distribution of controlled substances through the United States Mail, including money paid for controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846 which is evidence and contraband.

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before   1-26-08
                                                  Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to   Nita L Stormes
                                                                                          U.S. Judge or Magistrate
as required by law.

1-16-08     2:50pm           at          NITA L. STORMES
Date and Time Issued                     U.S. MAGISTRATE JUDGE
                                         City and State

San Diego CA                             [signature]
Name and Title of Judicial Officer       Signature of Judicial Officer
AO 109 (2/90) Seizure Warrant

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 1-16-2008 | 1-16-2008 approx 1500 hrs | Mail World 1132 E Plaza Blvd National City |

**INVENTORY MADE IN THE PRESENCE OF**

SA Michael Breslin and SA David Shadoan

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Express Mail EE452077553GB
  To Internet Innovation
    1132 E Plaza Blvd #203 #223
    National City 91950
    United States of America

From ASDA Stoves LTD
  Capitol Industrial Park
  Capitol Way
  London NW9 0AS

containing - 2 cardboard boxes
  - 96 bundles of khat
  - approx total wt. 8 kilograms

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

P G Gee

Subscribed, sworn to, and returned before me this date.

_____
U.S. Judge or Magistrate

1-18-08
Date